# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**RICOH USA, INC.,**<br><br>     **Defendant.** | Case No. 2:13-cv-00425-JRG<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Penovia LLC ("Penovia") hereby moves to dismiss with prejudice Penovia's claims against Defendant Ricoh USA, Inc., with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 14, 2013      Respectfully submitted,

                 */s/ Craig Tadlock*
                 Craig Tadlock
                 State Bar No. 00791766
                 Keith Smiley
                 State Bar No. 24067869
                 TADLOCK LAW FIRM PLLC
                 2701 Dallas Parkway, Suite 360
                 Plano, Texas 75093
                 903-730-6789
                 craig@tadlocklawfirm.com
                 keith@tadlocklawfirm.com

                 *Attorneys for Plaintiff Penovia LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 14, 2013, I conferred by email with counsel for Defendant Ricoh USA, Inc., and counsel for Ricoh has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

/s/ *Craig Tadlock*
Craig Tadlock

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of October, 2013.

/s/ *Craig Tadlock*
Craig Tadlock