# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**RICOH USA, INC.,**<br><br>               **Defendant.** | Case No. 2:13-cv-00425-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss with Prejudice (Dkt. No. 14) filed by Plaintiff Penovia LLC ("Penovia") and agreed to by Defendant Ricoh USA, Inc. ("Ricoh"), the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Penovia's claims against Defendant Ricoh are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

So Ordered and Signed on this

**Oct 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE